UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUSTIN ASHLEY ROHRBAUGH**<br><br>**OLGA LETICIA GARCIA MARROQUIN DE ROHRBAUGH**,<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL R. POMPEO, et al.**,<br><br>Defendants. | Case No. 19-cv-505 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [9] Defendant's Motion to Dismiss is GRANTED. The case shall be dismissed in its entirety. It is further

**ORDERED** that [9] Defendant's Motion to Transfer is DENIED.

This is a final appealable Order.

**SO ORDERED**.

                                              CHRISTOPHER R. COOPER
                                              United States District Judge

Date:  August 22, 2019